IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CLETUS GRANNAN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06-CV-941-MEF |
| ) | |
| DARLENE DREW, ) | |
| ) | |
| Respondent. ) | |

**O R D E R**

Cletus Grannan ["Grannan"], a federal inmate, filed a petition under 28 U.S.C. § 2241 challenging the calculation of his time for placement in a Community Confinement Center under 18 U.S.C. § 3624(c). However, the petitioner did not file a motion for leave to proceed *in forma pauperis* with the necessary documentation from the prison account clerk nor did he submit the requisite $5.00 filing fee. In light of the foregoing, it is

ORDERED that on or before November 2, 2006 the petitioner shall file either an affidavit in support of a request for leave to proceed *in forma pauperis* accompanied by a prison account statement from the account clerk at the Maxwell Federal Prison Camp showing the balance in his prison account at the time of his filing this petition or the $5.00 filing fee. To aid the petitioner in complying with this order, the CLERK is DIRECTED to furnish him with a copy of the form affidavit used by persons seeking to proceed *in forma pauperis* before this court.

Done this 18th day of October, 2006.

                                            /s/Charles S. Coody
                                            CHARLES S. COODY
                                            CHIEF UNITED STATES MAGISTRATE JUDGE