IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CLETUS GRANNAN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cv-941-MEF |
| | ) | |
| WARDEN/ACTING WARDEN, | ) | |
| F.P.C. MAXWELL AFB., | ) | |
| MONTGOMERY, AL., | ) | |
| | ) | |
| Respondent. | ) | |

## **O R D E R**

Upon consideration of the motion for a temporary restraining order contained in Plaintiff's Petition for Writ of Habeas Corpus, 28 U.S.C. § 2241, by a Prisoner in Federal Custody (Doc. # 1), filed on October 17, 2006, it is hereby ORDERED that the motion is DENIED pursuant to Federal Rule of Civil Procedure 65(b).

It is further ORDERED that all remaining matters are referred to the Magistrate Judge.

DONE this the 18th day of October, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE