IN HE DISTRICT COURT OF THE UNITED STATES  RECEIVED
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2007 FEB 22 A 9: 47

...P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| CLETUS GRANNAN, | * | |
| Petitioner, | * | |
| VS. | * | CIVIL CASE No. 2:06-CV-941--MEF. |
| | * | |
| DARLENE DREW, | * | |
| Respondent. | * | |

## MOTION TO SHOW STATUS

**COMES NOW PETTIONER,** CLETUS GRANNAN, by and through himself, respectfully petitions and moves in this Honorable Court to Show-Status of his above referenced cause.

This 21 DAY OF FEBRUARY, 2007

RESPECTFULLY SUBMITTED,

/s/ Cletus J Grannan
Cletus Grannan, Pro-Se
#41036-074, MOBILE-D
F.P.C. MONTGOMERY, AL.,
36112

Cletus J Grannan 41036074
Federail Prison Camp
Mobil C
Montgomery AL 36112

36104/4018

MONTGOMERY AL 351
21 FEB 2007 PM 4 T

Clerk's Office
U.S. District Court
ONE ~~Free Church~~ STREET
Montgomery, DC, 36104