IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CLETUS GRANNAN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )    CIVIL ACTION NO. 2:06-CV-941-MEF |
| | ) |
| DARLENE DREW, | ) |
| | ) |
| Respondent. | ) |

**ORDER ON MOTION**

Upon consideration of the motion to show status filed by the petitioner on February 22, 2007 (Court Doc. No. 4), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. The petitioner is advised that this habeas action is pending awaiting his response to the order entered on October 18, 2006 (Court Doc. No. 2) which required that he "file either an affidavit in support of a request for leave to proceed *in forma pauperis* accompanied by a prison account statement from the account clerk at the Maxwell Federal Prison Camp showing the balance in his prison account at the time of his filing this petition or the $5.00 filing fee."

Done this 23rd day of February, 2007.

/s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE