IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CLETUS GRANNAN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06-CV-941-MEF |
| | ) | |
| DARLENE DREW, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER**

Upon review of the file in this case, and for good cause, it is

ORDERED that the petitioner be GRANTED an extension to and including March 12, 2007 to file a response to the order entered on October 18, 2006 (Court Doc. No. 2) requiring that he "file either an affidavit in support of a request for leave to proceed *in forma pauperis* accompanied by a prison account statement from the account clerk at the Maxwell Federal Prison Camp showing the balance in his prison account at the time of his filing this petition or the $5.00 filing fee."

Done this 23rd day of February, 2007.

    /s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE