Feb 28, 2007

Attention:

RECEIVED
2007 MAR -2 A 10: 04
A. P. HACKETT, C...
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

In October I sent a $5.00 money order for case # 206-CV-00941-MEF-CSC for Cletus Grannan.

Word was received that the money transaction was not recorded.

I am enclosing a copy of both the money order and the receipt I received from the District Court. These items were dated in Oct 2006.

Thank you in advance for giving this your immediate attention.

*Sharon E Grannan* for Cletus Grannan
580 221 2338        206-CV-00941-MEF-CSC

Sharon Grannan
1642 N. Cedar Loop
Ardmore, OK 73401

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, AL 36101-0711

USPS The Shipping Standard™

HOLD HERE
PULL HERE



# CUSTOMER'S RECEIPT

KEEP THIS RECEIPT FOR YOUR RECORDS

PAY TO: Clerk's Office US District Court
ADDRESS: One Church St, Montgomery, AL 36112
C.O.D. OR USED FOR: Cletus Grannan

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

**NOT NEGOTIABLE**

SERIAL NUMBER: 09676069874
YEAR. MONTH. DAY: 2006-10-19
POST OFFICE: 734010
AMOUNT: $5.00
CLERK: 0016

---

AO82 SWEDA (Rev. 4/91)

ORIGINAL
RECEIPT FOR PAYMENT
UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF ALABAMA
at MONTGOMERY

**111976**

| Fund | |
|---|---|
| 6855XX | Deposit Funds |
| 604700 | Registry Funds |
| | General and Special Funds |
| 508800 | Immigration Fees |
| 085000 | Attorney Admission Fees |
| 086900 | Filing Fees |
| 322340 | Sale of Publication |
| 322350 | Copy Fees |
| 322360 | Miscellaneous |
| 143500 | Interest |
| 322380 | Recoveries of Court Costs |
| 322386 | Restitution of U.S. Government |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 504100 | Crime Victims Fund |
| 613300 | Unclaimed Monies |
| 510000 | Filings Spec. Acct. |
| 510100 | Registry Admin. Acct. |

000332P
HABEAS CORPUS
086900    5.00

TOTAL    5.00
M/ORDR   5.00
CHANGE   0.00

10/25/06

CASE REFERENCE:

2:06-CV-941-MEF

RECEIVED FROM
Sharon Grannan
for: Cletus Grannan
1642 North Cedar Loop
Ardmore, OK 73401

DEPUTY CLERK KH

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.

THIS IS A RECEIPT, NOT A BILL