**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   US Attorney
   Attn: Civil Process Clerk
   One Court Square
   Montgomery, AL 36104

   06cv941

2. Article Number
   (Transfer from service label)

   7005 1160 0001 2962 1041

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Bob Carter
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)
   BOB CARTER

C. Date of Delivery
   7-9-07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail
   ☐ Express Mail
   ☐ Registered
   ☐ Return Receipt for Merchandise
   ☐ Insured Mail
   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

Domestic Return Receipt    102595-02-M-1540

February 2004