**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   06CV941

2. Article Number
   (Transfer from service label)

   7005 1160 0001 2962 1072

   0811 February 2004

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  [signature]   ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )
   JUL 10 2007

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

Domestic Return Receipt         102595-02-M-1540