IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CLETUS GRANNAN ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. )Civil Action No.: **2:06-cv-941-MEF-CSC** | |
| ) | |
| DARLENE DREW, Acting Warden, ) | |
| FPC Maxwell, ) | |
| ) | |
| Respondent. ) | |

**MOTION FOR EXTENSION OF TIME**

Comes now the respondent, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and respectfully requests an extension of time until Monday, August 20, 2007, in which to respond to the Court's Order entered on or about July 6, 2007, and as grounds states as follows:

The undersigned has yet to receive a litigation report from the responsible federal agency in this matter. The report is necessary for the undersigned to adequately address the claims of the petitioner. For this reason, the respondent is requesting a twenty (20) day extension of time, to and including, Monday, August 20, 2007, in which to respond to the Court's Order of July 6, 2007.

Given the petitioner's status, no attempts have been made to determine his position on this request.

Respectfully submitted this 30th day of July, 2007.

          LEURA G. CANARY
          United States Attorney

    By:   s/R. Randolph Neeley
          Assistant United States Attorney
          Bar Number: #9083-E56R
          Attorney for Defendant
          United States Attorney's Office
          Post Office Box 197
          Montgomery, AL  36101-0197
          Telephone: (334) 223-7280
          Facsimile:  (334) 223-7418
          E-mail:  rand.neeley@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed, by United States Postal Service, a copy of same to the following non-CM/ECF participant(s):

    Cletus Grannan, Reg. No. 41036-074
    Federal Prison Camp
    Maxwell AFB
    Montgomery, AL 36112

          Respectfully Submitted,

          s/R. Randolph Neeley
          Assistant United States Attorney