IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CLETUS GRANNAN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )   Civil Action No.2:06cv941-MEF |
| | ) |
| DARLENE DREW, WARDEN, | ) |
| | ) |
| Respondent. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by Respondent on July 30, 2007 (Doc. No. 13), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that Respondent be GRANTED an extension from July 26, 2007, to and including August 20, 2007, to file a response to Petitioner's habeas petition in compliance with this court's order entered on July 6, 2007.

Done this 30th day of July, 2007.

       /s/Charles S. Coody
       CHARLES S. COODY
       CHIEF UNITED STATES MAGISTRATE JUDGE