### IN THE DISTRICT COURT OF THE UNITED STATES
### FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| CLETUS GRANNAN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )Civil Action No.: **2:06-cv-941-MEF-CSC** |
| | ) |
| DARLENE DREW, Acting Warden, | ) |
| FPC Maxwell, | ) |
| | ) |
| Respondent. | ) |

### SECOND MOTION FOR EXTENSION OF TIME

Comes now the respondent, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and respectfully requests an extension of time until Friday, August 31, 2007, in which to respond to the Court's Order entered on or about July 6, 2007, and as grounds states as follows:

The undersigned has yet to receive a litigation report from the responsible federal agency in this matter. Furthermore, the undersigned has been absent from the office due to the press of personal affairs, and has been unable to ascertain the agency's reasons for delay. The report, however, is necessary for the undersigned to adequately address the claims of the petitioner. For this reason, the respondent is requesting an extension of time, to and including Friday, August 31, 2007, in which to respond to the Court's Order of July 6, 2007.

Given the petitioner's status, no attempts have been made to determine his position on this request.

Respectfully submitted this 20th day of August, 2007.

LEURA G. CANARY
United States Attorney

By:    s/R. Randolph Neeley
       Assistant United States Attorney
       Bar Number: #9083-E56R
       Attorney for Defendant
       United States Attorney's Office
       Post Office Box 197
       Montgomery, AL  36101-0197
       Telephone: (334) 223-7280
       Facsimile:  (334) 223-7418
       E-mail:  **rand.neeley@usdoj.gov**

## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed, by United States Postal Service, a copy of same to the following non-CM/ECF participant(s):

Cletus Grannan, Reg. No. 41036-074
Federal Prison Camp
Maxwell AFB
Montgomery, AL 36112

s/R. Randolph Neeley
Assistant United States Attorney