IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CLETUS GRANNAN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v | ) Civil Action No.2:06cv941-MEF |
| | ) |
| DARLENE DREW, WARDEN, | ) |
| | ) |
| Respondent. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by Respondent on August 20, 2007 (Doc. No. 15), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that Respondent be GRANTED an extension from August 20, 2007, to and including August 31, 2007, to file a response to Petitioner's habeas petition in compliance with this court's order entered on July 6, 2007.

Done this 21st day of August, 2007.

      /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE