IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CLETUS GRANNAN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v | ) Civil Action No.2:06cv941-MEF |
| | ) |
| DARLENE DREW, WARDEN, | ) |
| | ) |
| Respondent. | ) |

**O R D E R**

On August 30, 2007 (Doc. No. 17), the respondent filed a response addressing the claims for relief presented in the instant 28 U.S.C. § 2241 habeas corpus petition. In this response, the respondent contends that the petition for habeas corpus relief is due to be denied because the petitioner is entitled to no relief on the claims presented therein. Specifically, the respondents argue that (a) this case is not yet ripe for review as the petitioner is not within 11 to 13 months of his release date, (b) the petitioner has failed to exhaust his available administrative remedies, (c) the petitioner has no liberty interest in his place of incarceration, and (d) the Federal Bureau of Prisons' decisions regarding placement of prisoners are entirely discretionary.

Accordingly, it is

ORDERED that on or before September 21, 2007, the petitioner may file a reply to the respondent's response. Any documents or evidence filed after this date will not be considered by the court except in exceptional circumstances. At any time after the deadline for filing a reply expires, the court will determine whether an evidentiary hearing is

necessary. If it appears that an evidentiary hearing is not required, the court will dispose of the petition as justice requires. *Cf.* Rule 8(a), *Rules Governing Section 2254 Cases in the United States District Courts.*

The petitioner is instructed that when replying to the respondent's response, he may file sworn affidavits or other documents in support of his claims. Affidavits should set forth specific facts which demonstrate that the petitioner is entitled to relief on the grounds presented in the habeas corpus petition. If documents which have not previously been filed with the court are referred to in the affidavits, sworn or certified copies of those papers must be attached to the affidavits or served with them. When the petitioner attacks the respondent's response by use of affidavits or other documents, the court will, at the appropriate time, consider whether to expand the record to include such materials. *Cf.* Rule 7, *Rules Governing Section 2254 Cases in the United States District Courts*.

The petitioner is specifically cautioned that if he fails to file a reply to the respondent's response within the time allowed by the court, the court thereafter will proceed to consider the merits of the petition.

Done this 31st day of August, 2007.

                                       /s/Charles S. Coody
                                       CHARLES S. COODY
                                       CHIEF UNITED STATES MAGISTRATE JUDGE