IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| CLETUS GRANNON, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | CASE NO. 2:06-cv-0941-MEF |
| ) | |
| DARLENE DREW, *et al.*, ) | |
| ) | |
| Respondents. ) | |

## **O R D E R**

On March 10, 2008, the Magistrate Judge filed a Recommendation (Doc. #19) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. That the petition for habeas corpus relief is DENIED and this case is DISMISSED without prejudice to afford Grannan an opportunity to exhaust his administrative remedies in accordance with the procedures established by the Bureau of Prisons.

DONE this 28th day of March, 2008.

                                            /s/ Mark E. Fuller
                                    CHIEF UNITED STATES DISTRICT JUDGE